# STEVEN H. SEWELL, P.C.

ATTORNEY AT LAW
675 OLD COUNTRY ROAD
WESTBURY, NEW YORK 11590-4513
(516) 997-0400
FACSIMILE: (516) 997-0029
E-MAIL: STEVEN@SEWELLPC.COM
WEBSITE: SEWELLPC.COM

STEVEN H. SEWELL

MARTIN L. CAINE
PRYOR & MANDELUP, L.L.P.
MICHAEL A. MARKOWITZ
ROBERT A. WILKIE
OF COUNSEL

February 18, 2014

Via ECF

Magistrate Judge William D. Wall
100 Federal Plaza
Central Islip, New York
11722-9014

      Re:    Gerardo Orozco, Luis Garcia, and Manual Antonio Marquez Cruz
      v.     Andel's Delicatessen and Appetizing, Inc., Randy Geschwind and Jonathan Geschwind

      Civil Action No.: 14-CV-00664

Dear Honorable Sir:

This office has been retained by each of the defendants in the above captioned matter. Currently, the defendants' time to answer the Complaint expires February 25, 2014.

I have discussed the case with Plaintiffs' counsel, Austin Graff. Mr. Graff has consented to an extension of time to answer or move against the Complaint up to and including the 28th day of March, 2014. Mr. Graff and I have executed a stipulation incorporating our agreement, a copy of which is annexed hereto.

On behalf of the defendants, I respectfully request that the defendants' time to answer or move against the Complaint be extended to the 28th day of March, 2014.

      Respectfully submitted,

      Steven H. Sewell

SHS/st
Cc: Austin Graff, Esq.
Cc: Clients

C:\Users\Public\Documents\Geschwind, Randy and Jonathan\Gerardo Orozco\Correspondence\Magistrate Judge Wall, February 18, 2014.docx

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GERARDO OROZCO, LUIS GARCIA, and     Civil Action No.:
MANUEL ANTONIO MARQUEZ CRUZ,         14-CV-00664

                                Plaintiffs

        -against-                          STIPULATION
                                               EXTENDING TIME TO
ANDEL'S DELICATESSEN AND APPETIZING, ANSWER
INC., RANDY GESCHWIND, and JONATHAN
GESCHWIND,

                                Defendants
-------------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the attorneys for the Plaintiffs and the Defendants, Andel's Delicatessen and Appetizing, Inc., Randy Geschwind and Jonathan Geschwind, that that time in which the Defendants have to answer or otherwise move against the Summons and Complaint is extended up to and including the 28th day of March, 2014.

In consideration of extending their time to answer or move against the Summons and Complaint, the Defendants waive all jurisdictional defenses as to the service of the Summons and Complaint.

A photocopy or facsimile of this Stipulation shall be deemed an original for all purposes.

This Stipulation may be filed with the Court without further notice.

Dated: February 18, 2014

The Scher Law Firm, LLP                      Steven H. Sewell, P.C.

By: Austin Graff, Esq. (AG-0096)            By: Steven H. Sewell, Esq. (SS-5562)
Attorneys for Plaintiffs                         Attorney for Defendants
One Old Country Road, Suite 385          675 Old Country Road
Carle Place, New York 11514                Westbury, New York 11590
(516) 746-5040                                  (516) 997-0400

C:\Users\Public\Documents\Geschwind, Randy and Jonathan\Gerardo Orozco\Pleadings\Stip Ext Time to Answer.doc